IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ALAN LAFORGE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:13-cv-02219 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : : : : | Hon. John E. Jones III |
| | : | |
| Defendant. | : | |

## ORDER

**September 22, 2014**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Mark Alan Laforge and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Mark Alan Laforge social security disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to

   Conduct a new administrative hearing and;

Properly evaluate the evidence and opinions presented by Neal Dunkelman, M.D. and, if necessary, elicit further medical opinion regarding Laforge's residual functional capacity;

Evaluate the impact that Laforge's radiculopathy has upon his residual functional capacity, or provide adequate reasons why radiculopathy is not a medically determinable impairment,

Determine what impact side effects of Laforge's medication may have had upon his residual functional capacity, and;

Properly evaluate Laforge's credibility, taking into account the third party statement submitted by Barbara Laforge.

BY THE COURT:

s/ John E. Jones III
John E. Jones III
United States District Judge